557 S.E.2d 530 (2001)
354 N.C. 570
Brenda HENRY and Foster Henry, Individually, and Brenda Henry, as Guardian Ad Litem for Crystal Henry
v.
SOUTHEASTERN OB-GYN ASSOCIATES, P.A., James L. Price, M.D, and Laif Lofgren, M.D.
No. 507A01.
Supreme Court of North Carolina.
December 18, 2001.
Walker, Clark, Allen, Herrin & Morano L.L.P., by Robert D. Walker, Jr., and O. Drew Grice, Jr., Goldsboro, for defendant-appellees.
Ferguson, Stein, Wallas, Adkins, Gresham & Sumter, P.A, by Adam Stein, Chapel Hill, on behalf of the North Carolina Academy of Trial Lawyers, amicus curiae.
PER CURIAM.
AFFIRMED.